UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

HERMINIA COLLADO,
    Plaintiff

v.                                       C.A. No. 11-06 S

WELLS FARGO BANK, NA s/b/m
WELLS FARGO HOME MORTGAGE,
INC. and HARMON LAW OFFICES,
P.C.,
    Defendants

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 2, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant Harmon Law Offices, P.C.'s unopposed Motion to Dismiss is hereby GRANTED.

ENTER:

_____
William E. Smith
United States District Judge
Date: 3/28/11